IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Daniel Levi Keener, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING** |
| ) | **REPORT AND RECOMMENDATION** |
| vs. ) | |
| ) | |
| Kilolo Kijakazi, ) | Case No. 1:22-cv-074 |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Plaintiff, Daniel Levi Keener, filed a complaint in May of 2022, seeking judicial review of the Social Security Administration Commissioner's denial of his application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-433. See Doc. No. 4. Keener filed a motion for remand on August 4, 2022. See Doc. No. 15. The Defendant, the Social Security Administration Acting Commissioner, filed a motion for summary judgment on September 6, 2022. See Doc. No. 17. Magistrate Judge Clare R. Hochhalter conducted a review of the record and relevant case law and issued a Report and Recommendation on September 10, 2024. See Doc. No. 22. Judge Hochhalter recommended that the Commissioner's motion for summary judgment be granted; that Keener's motion to remand be denied; and that the Commissioner's denial of disability benefits be affirmed. The parties were given fourteen (14) days to file objections to the Report and Recommendation. No objections were filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. The Court **ADOPTS** the Report and Recommendation (Doc. No. 22) in its entirety. The Commissioner's motion for

summary judgment (Doc. No. 17) is **GRANTED** and the decision of the Commissioner is **AFFIRMED**.  Keener's motion for remand (Doc. No. 15) is **DENIED**.

    **IT IS SO ORDERED.**

Dated this 26th day of September, 2024

                                                 */s/ Daniel L. Hovland*
                                                 Daniel L. Hovland, District Judge
                                                 United States District Court